UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2025
```

**FREDDY ANDERSON TEJADA-PENA, on behalf of himself and all others similarly situated,**

                        **Plaintiff,**                24-CV-06352 (ALC)(SN)

      -against-                                            **ORDER**

**RAFAEL MOVING, et al.,**

                        **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court rescheduled the Initial Pretrial Conference for July 29, 2025. Plaintiff appeared, but Defendants failed to appear. Defendant Rafael Ramirez has not appeared at three court ordered conferences. Defendant Rafael Moving, a corporate entity that cannot proceed *pro se*, has never appeared through counsel. Plaintiff is directed to seek a Certificate of Default from the Clerk of Court and move for default judgment before the Honorable Andrew L. Carter, Jr. Plaintiff shall seek a Certificate of Default by August 5, 2025.

      Plaintiff is directed to mail this Order to Defendant Rafael Ramirez and file proof of service on the docket. The Clerk of Court is directed to serve this order on the City Bar Justice Center's Legal Clinic for *Pro Se* Litigants, which assisted Mr. Ramirez in the preparation of his Answer and Counterclaim. See ECF No. 14, n.1.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:    July 29, 2025
              New York, New York