UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FREDDY ANDERSON TEJADA-PENA, on behalf of himself and all others similarly situated,

                Plaintiff,

  -against-

RAFAEL MOVING, et al.,

                Defendants.
-----------------------------------------------------------------X

24-CV-06352 (ALC)(SN)

ORDER

SARAH NETBURN, United States Magistrate Judge:

    The Clerk of Court has issued a Certificate of Default as to both Defendants. ECF No. 28. By August 20, 2025, Plaintiff shall file a motion for default judgment before the Honorable Andrew L. Carter, Jr.

SO ORDERED.

                                                  *(signature)*
                                               SARAH NETBURN
                                               United States Magistrate Judge

DATED:    August 6, 2025
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2025