UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

FREDDY ANDERSON TEJADA-PENA, on behalf
of himself and all others similarly situated,

                              Plaintiff,                                24-CV-06352 (SN)

                  -against-                                             ORDER

RAFAEL MOVING, et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

By no later than Friday, February 6, 2026, the parties are ORDERED to file a fully

executed copy of the proposed settlement agreement for the Court's approval pursuant to Cheeks

v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015).

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:        January 23, 2026
              New York, New York